IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT WYNTERS,

    Plaintiff,	3:15-cv-00167-HDM-WGC

  vs.	ORDER

WASHOE COUNTY, *et al.*,

    Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria M. Navarro for reassignment.

    Dated this 20th day of March, 2015.

                                                _____
                                                UNITED STATES DISTRICT JUDGE