1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
   MICHAEL W. LARGE
3  Deputy District Attorney
   Nevada State Bar Number 10119
4  P.O. Box 11130
   Reno, NV  89520-0027
5  (775) 337-5700
   ATTORNEYS FOR WASHOE COUNTY
6
## UNITED STATES DISTRICT COURT
7
### DISTRICT OF NEVADA
8
* * *
9
   ROBERT WYNTERS,
10
           Plaintiff,                    Case No.  3:15-CV-167-MMD-WGC
11
       vs.
12                                       **STIPULATION AND ORDER FOR AN
   WASHOE COUNTY, a political subdivision, **EXTENSION OF TIME**
13 and municipality including its department (First Request)
   WASHOE COUNTY SHERIFF'S
14 DEPARTMENT,

15 _____ Defendants. _____/

16      The parties through their undersigned counsel hereby stipulate and agree that Defendants

17 may have an extension of time within which to respond to Plaintiff's Complaint and Motion for

18 Temporary Restraining Order.  The extension of time to respond shall be up to and including

19 May 1, 2015.  Plaintiff shall have up to and including June 15 to file a reply or any appropriate

20 //

21 //

22 //

23 //

24 //

25 //

26 //

-1-

1  responsive pleadings as plaintiff's counsel will be out of the country and unavailable from May

2  11 to May 31, 2015.

3       Dated this 14th day of April, 2015.

4                 CHRISTOPHER J. HICKS
   District Attorney

5                 By____/s/ Michael W. Large_____

6                    Michael W. Large
   Deputy District Attorney

7                    P. O. Box 11130
   Reno, NV  89520

8                    (775) 337-5700

9                 ATTORNEYS FOR DEFENDANT

10      Dated this 14th day of April, 2015.

11

12                _____/s/ Terri Keyser-Cooper_____

13                Terri Keyser-Cooper, Esq.
   3590 Barrymore Dr.

14                Reno, NV 89512
   (775) 337-0323

15                ATTORNEYS FOR PLAINTIFF

16                   **ORDER**

17 IT IS SO ORDERED.

18      Dated this __21st__ day of __April_____, 2015.

19

20                _____

21                U.S. ~~MAGISTRATE~~ JUDGE

22

23

24

25

26