1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
   MICHAEL W. LARGE
3  Deputy District Attorney
   Nevada State Bar Number 10119
4  P.O. Box 11130
   Reno, NV  89520-0027
5  (775) 337-5700
   ATTORNEYS FOR WASHOE COUNTY
6
                    **UNITED STATES DISTRICT COURT**
7
                         **DISTRICT OF NEVADA**
8
                                 * * *
9
   ROBERT WYNTERS,
10
           Plaintiff,                    Case No.  3:15-CV-167-MMD-WGC
11
       vs.
12                                       **STIPULATION AND ORDER FOR AN**
   WASHOE COUNTY, a political subdivision, **EXTENSION OF TIME**
13 and municipality including its department (Second Request)
   WASHOE COUNTY SHERIFF'S
14 DEPARTMENT,

15         Defendants.                   /

16    The parties through their undersigned counsel hereby stipulate and agree that Defendants

17 may have an extension of time within which to respond to Plaintiff's Complaint and Motion for

18 Temporary Restraining Order.  The extension of time to respond shall be up to and including

19 May 31, 2015.  Plaintiff shall have up to and including June 30 to file a reply or any appropriate

20 //

21 //

22 //

23 //

24 //

25 //

26 //

responsive pleadings as plaintiff's counsel will be out of the country and unavailable from May 11 to May 31, 2015.  This second request for extension is not for purposes of delay but rather to continue to facilitate the parties' ongoing attempts to achieve a workable resolution to this matter.

Dated this 1st day of May, 2015.

        CHRISTOPHER J. HICKS
        District Attorney

        By  /s/ Michael W. Large
           Michael W. Large
           Deputy District Attorney
           P. O. Box 11130
           Reno, NV  89520
           (775) 337-5700

        ATTORNEYS FOR DEFENDANT

Dated this 1st day of May, 2015.

        /s/ Terri Keyser-Cooper
        Terri Keyser-Cooper, Esq.
        3590 Barrymore Dr.
        Reno, NV 89512
        (775) 337-0323
        ATTORNEYS FOR PLAINTIFF

**ORDER**

IT IS SO ORDERED.

Dated this  1st  day of  May , 2015.

        U.S. ~~MAGISTRATE~~ JUDGE